UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

AMIN LAKHANI,
    Plaintiff,
vs.

DIVINO CEVICHE CORAL GABLES,
INC. d/b/a DIVINO CEVICHE,
    Defendant.

Case No: 23-cv-22410-BB

## JOINT NOTICE OF SETTLEMENT IN PRINCIPLE

Plaintiff, AMIN LAKHANI, and Defendants, DIVINO CEVICHE CORAL GABLES, INC. d/b/a DIVINO CEVICHE, by and their respective undersigned counsel, hereby notify the Court that the Parties have reached a settlement in principle. The Parties are in the process of memorializing their agreement and finalizing their settlement documents.

Respectfully submitted,

| | |
|---|---|
| s/ Glenn R. Goldstein | s/ Gustavo A. Bravo |
| Glenn R. Goldstein (FBN: 55873) | Gustavo A. Bravo, Esq. (FBN: 551287) |
| *Attorney for Plaintiff* | *Attorney for Defendant* |
| Glenn R. Goldstein & Assoc., PLLC | BRAVO LAW |
| 8101 Biscayne Blvd., Ste. 504 | 1555 Bonaventure Blvd., Ste. 157 |
| Miami, Florida 33138 | Weston, Florida 33326 |
| (305) 900-2373 | (954) 790-6711 |
| GGoldstein@G2Legal.net | GBravo@LawBravo.com |