UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

AMIN LAKHANI,
    Plaintiff,
vs.

DIVINO CEVICHE CORAL GABLES, INC,
    Defendants.

Case No: 23-cv-22410-BB

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, AMIN LAKHANI, and Defendant, DIVINO CEVICHE CORAL GABLES, INC, by and through their respective counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action *with prejudice* against Defendant, DIVINO CEVICHE CORAL GABLES, INC, with each party to bear their own attorney's fees and costs except as otherwise agreed in writing.

Respectfully submitted,

| | |
|---|---|
| s/ Glenn R. Goldstein | s/ Gustavo A. Bravo |
| Glenn R. Goldstein (FBN: 55873) | Gustavo A. Bravo (FBN: 551287) |
| *Attorney for Plaintiff* | *Attorney for Defendant* |
| Glenn R. Goldstein & Assoc., PLLC | Bravo Law |
| 8101 Biscayne Blvd., Ste. 504 | 12555 Bonaventure Blvd., Ste. 157 |
| Miami, Florida 33138 | Weston, Florida 33326 |
| (561) 573-2106 | (954) 790-6711 |
| GGoldstein@G2Legal.net | GBravo@LawBravo.com |